IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J. CHRISTOPHER WREH, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:19-CV-1234-K-BK |
| § | |
| WELLS FARGO BANK, N.A. AS § | |
| TRUSTEE FOR PARK PLACE § | |
| SECURITIES, INC. ASSET-BACKED § | |
| PASS-THROUGH CERTIFICATES, § | |
| SERIES 2004-MCW1, (SPECIALIZED § | |
| LOAN SERVICING LLC), ET AL. § | |
| § | |
|     DEFENDANTS. § | |
| § | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant's Motion for Summary Judgment and Motion to Dismiss Pursuant to Rules 8, 12(b)(6) and 9(b)*, Doc. 9, is **GRANTED**.

SO ORDERED.

Signed December 11, 2020.

                                            */s/ Ed Kinkeade*
                                            ED KINKEADE
                                            UNITED STATES DISTRICT JUDGE